# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06CR373 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DANIEL DUNCAN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Shannon P. O'Connor, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Daniel Duncan [14]. Since retained counsel, Deborah D. Cunningham, has entered an appearance for the defendant [13], the motion to withdraw [14] is granted. Shannon P. O'Connor shall be deemed withdrawn as attorney of record and shall forthwith provide Deborah D. Cunningham with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 7th day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge